344 A.2d 468
COMMONWEALTH of Pennsylvania, Appellee,

v.

Elroy ADAMES, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1974.

Decided Oct. 3, 1975.

Robert M. Fellheimer, Louis Silverman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, First Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, James Garrett, Philadelphia, Glenn S. Gitomer, Asst. Dist. Atty., Maxine J. Stotland, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Judgment and Order affirmed.